Filed: December 3, 2003

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 03-1633
(CA-99-664-1, CA-00-166-1)

Diane Joy Jenkins,

Plaintiff - Appellant,

versus

The Trustees of Sandhills Community College,
et al.,

Defendats - Appellees.

O R D E R

The court amends its opinion filed November 10, 2003, as follows:

On the cover sheet, section 3, line 2 -- the district court is corrected from "Durham" to "Greensboro."

For the Court - By Direction

/s/ Patricia S. Connor
Clerk

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

Affirmed by unpublished per curiam opinion.

---

Diane Joy Jenkins, Appellant Pro Se.  Randall Maitland Roden, THARRINGTON, SMITH, L.L.P., Raleigh, North Carolina; Steven Price Weaver, TUGGLE, DUGGINS & MESCHAN, P.A., Greensboro, North Carolina; Joyce S. Rutledge, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Diane Joy Jenkins appeals the district court's order granting summary judgment in part and dismissing in part her employment discrimination action.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Jenkins v. Trustees of Sandhills Comm. College, Nos. CA-99-664-1; CA-00-166-1 (M.D.N.C. Apr. 25, 2003). We deny Jenkins' motion for a change of venue.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED